**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:19-CV-149-KDB-DCK**

| | |
|---|---|
| **BRIAN K. MORRISON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **CAROLINA BEVERAGE GROUP, LLC,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Marc E. Gustafson, filed a "Certification Of Mediation Session" (Document No. 5) notifying the Court that the parties reached a settlement on January 27, 2020. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **February 28, 2020**.

**SO ORDERED**.

Signed: January 28, 2020

David C. Keesler
United States Magistrate Judge